# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. EVANS,<br><br>    Plaintiff,<br><br>v.<br><br>S. SHERMAN, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00818-LJO-BAM (PC)<br><br>ORDER DISMSSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(ECF No. 10) |

Plaintiff Richard A. Evans is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on June 12, 2019. (ECF No. 1.)

On June 18, 2019, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the $400.00 filing fee in full in order to proceed with this action. (ECF No. 7.) On June 28, 2019, Plaintiff filed objections to the Magistrate Judge's findings and recommendations. (ECF No. 9.)

On August 6, 2019, the undersigned issued an order adopting the findings and recommendations in full, denying Plaintiff's application to proceed *in forma pauperis*, and ordering Plaintiff to pay the $400.00 filing fee in full within twenty-one (21) days from the date of service of the order. (ECF No. 10.) In that order, Plaintiff was warned that, if he failed to pay the filing fee within the specified time, the instant action would be dismissed. (Id. at 4.)

1

1 | The twenty-one (21) day period has now expired, and Plaintiff has failed to pay the $400.00 filing fee in full or otherwise respond to the Court's August 6, 2019 order. As such, this case cannot proceed. Therefore, this matter will be dismissed.

Based on the foregoing, it is HEREBY ORDERED that:

1. This action is DISMISSED, without prejudice, for Plaintiff's failure to comply with the Court's August 6, 2019 order, (ECF No. 10), and his failure to pay the $400.00 filing fee in full; and

2. The Clerk of the Court is directed to terminate all pending deadlines and close this case.

IT IS SO ORDERED.

Dated: **September 11, 2019**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES CHIEF DISTRICT JUDGE